1  LISA ELLS – 243657
CHRISTOPHER D. HU – 293052
2  ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
3  San Francisco, California  94105-2235
Telephone:    (415) 433-6830
4  Facsimile:    (415) 433-7104

5  LANCE WEBER – Fla. Bar No. 104550*
SABARISH NEELAKANTA – Fla. Bar No. 26623*
6  HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
7  Lake Worth, Florida  33460
Telephone:    (561) 360-2523
8  Facsimile:    (866) 735-7136
Email:        lweber@humanrightsdefensecenter.org
9              sneelakanta@humanrightsdefensecenter.org

10  * Admitted *Pro Hac Vice*

11  Attorneys for Plaintiff

12

13                  UNITED STATES DISTRICT COURT

14                  EASTERN DISTRICT OF CALIFORNIA

15

16  PRISON LEGAL NEWS, a project of the          Case No. 1:15-cv-01650-JAM-SAB
HUMAN RIGHTS DEFENSE CENTER,
17                                               **ORDER APPROVING JOINT
Plaintiff,                  STIPULATION TO APPOINT
18                                               MAGISTRATE JUDGE BRENNAN AS
v.                         SETTLEMENT CONFERENCE
19                                               JUDGE**

COUNTY OF TULARE; MIKE
20  BOUDREAUX, individually and in his           Judge:  Hon. John A. Mendez
capacity as Sheriff–Coroner of the County
21  of Tulare; DOES 1-20, in their individual
and official capacities,
22
Defendants.
23

24

25

26

27

28

[2960549-2]

[PROPOSED] ORDER APPROVING JOINT STIPULATION TO APPOINT MAGISTRATE JUDGE BRENNAN AS
SETTLEMENT CONFERENCE JUDGE

1    The Court, having reviewed the parties' joint stipulation to appoint Magistrate

2  Judge Edmund F. Brennan to mediate a settlement conference in this matter, and good

3  cause appearing, hereby appoints Magistrate Judge Brennan as settlement conference

4  judge.

5    **IT IS SO ORDERED.**

6

7    Dated:  2/25/2016

8                                                          /s/ John A. Mendez

9                                                          United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[2960549-2]

1

[PROPOSED] ORDER APPROVING JOINT STIPULATION TO APPOINT MAGISTRATE JUDGE BRENNAN AS
SETTLEMENT CONFERENCE JUDGE