UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, et al.,<br><br>Defendants. | No. 1:15-cv-1650-JAM-SAB<br><br>ORDER RE SETTLEMENT & DISPOSITION |

The case was before the court for a settlement conference conducted on April 21, 2016. Pursuant to the representations by counsel for the parties, the court determined that the matter has settled and placed the terms of the settlement on the record.

The court now orders that the proposed consent decree shall be submitted to the district judge not later than twenty-one (21) days from the date of this order.

Further, the parties shall submit a stipulated briefing schedule on the anticipated motion for attorney's fees.

All hearing dates heretofore set in this matter are VACATED.

/////

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: April 21, 2016.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE