1  LISA ELLS, #243657
   CHRISTOPHER D. HU, #293052
2  ROSEN BIEN GALVAN & GRUNFELD LLP
3  50 Fremont Street, 19th Floor
   San Francisco, California 94105-2235
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5

6  LANCE WEBER - Fla. Bar #104550*
   SABARISH NEELAKANTA - Fla. Bar #26623*
7  HUMAN RIGHTS DEFENSE CENTER
   P.O. Box 1151
8  Lake Worth, Florida 33460
   Telephone: (561) 360-2523
9  Facsimile: (866) 735-7136
10 * Admitted *pro hac vice*
   Attorneys for Plaintiff, Prison Legal News
11

12 KATHLEEN BALES-LANGE, #094765
   County Counsel for the County of Tulare
13 KATHLEEN A. TAYLOR, #131100
   Chief Deputy County Counsel
14 KEVIN STIMMEL, #292838
   Deputy County Counsel
15 2900 West Burrel
16 Visalia, California 93291
   Telephone: (559) 636-4950
17 Facsimile: (559) 737-4319
   Attorneys for Defendants County of Tulare and Mike Boudreaux
18

19              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
20

21 PRISON LEGAL NEWS, a project of the       Case No.  1:15-CV-01650-JAM-SAB
   HUMAN RIGHTS DEFENSE CENTER,
22                                            STIPULATION AND JOINT REQUEST FOR
                        Plaintiff(s),         AN EXTENSION OF TIME TO FILE
23                                            CONSENT DECREE AND ORDER
   vs.
24

25  COUNTY OF TULARE; MIKE BOUDREAUX,
   individually and in his capacity as Sheriff-
26 Coroner of the County of Tulare; DOES 1-20, in
   their individual and official capacities,
27
28                      Defendant(s).

Plaintiff, Prison Legal News, a project of the Human Rights Defense Center ("Plaintiff"), and Defendants County of Tulare and Mike Boudreaux, individually and in his capacity as Sheriff-Coroner of the County of Tulare ("Defendants"), through their respective counsel of record, hereby stipulate and agree as follows:

Whereas, the Parties agree that a short continuance to file the Consent Decree to July 1, 2016, will facilitate a potential resolution of this action and conserve the resources of the Court and the Parties;

Accordingly, the Parties to this action, through their respective attorneys of record, hereby STIPULATE and JOINTLY REQUEST this Court to grant an extension of time to file Consent Decree to July 1, 2016.

Dated: 6/24/16                                   KATHLEEN BALES-LANGE
                                                 Tulare County Counsel


                                         By: /s/ Kevin Stimmel
                                             Kevin Stimmel
                                             Deputy County Counsel
                                             Attorney for Defendants County of Tulare
                                             and Mike Boudreaux




Dated: 6/24/16                                   ROSEN BIEN GALVAN & GRUNFELD LLP


                                         By: /s/ Lisa Ells
                                             Lisa Ells
                                             Attorney for Plaintiff Prison Legal News

County Counsel
Tulare County
Visalia, California

STIPULATION AND JOINT REQUEST FOR AN EXTENSION OF TIME TO FILE CONSENT DECREE AND [PROPOSED] ORDER

1

2

ORDER

3          In consideration of the Parties' Stipulation and Joint Request to continue the filing of the

4   Consent Decree, and good cause having been shown, it is hereby ORDERED that the parties shall

5   file their Consent Decree no later than July 1, 2016.

6

7   IT IS SO ORDERED.

8   Date: 6/24/2016                                    /s/ John A. Mendez_____
                                                       JOHN A. MENDEZ
9                                                      United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

County Counsel
Tulare County
Visalia, California

STIPULATION AND JOINT REQUEST FOR AN EXTENSION OF TIME TO FILE CONSENT DECREE AND [PROPOSED]
ORDER