LISA ELLS, #243657
CHRISTOPHER D. HU, #293052
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

LANCE WEBER - Fla. Bar #104550*
SABARISH NEELAKANTA - Fla. Bar #26623*
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, Florida 33460
Telephone: (561) 360-2523
Facsimile: (866) 735-7136
* Admitted *pro hac vice*
Attorneys for Plaintiff, Prison Legal News

KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
KATHLEEN A. TAYLOR, #131100
Chief Deputy County Counsel
KEVIN STIMMEL, #292838
Deputy County Counsel
2900 West Burrel
Visalia, California 93291
Telephone: (559) 636-4950
Facsimile: (559) 737-4319
Attorneys for Defendants County of Tulare and Mike Boudreaux

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER, <br><br> Plaintiff(s), <br><br> vs. <br><br> COUNTY OF TULARE; MIKE BOUDREAUX, individually and in his capacity as Sheriff-Coroner of the County of Tulare; DOES 1-20, in their individual and official capacities, <br><br> Defendant(s). | Case No.  1:15-CV-01650-JAM-SAB <br><br> STIPULATION AND ORDER SETTING BRIEFING SCHEDULE |

Plaintiff, Prison Legal News, a project of the Human Rights Defense Center ("Plaintiff"), and Defendants County of Tulare and Mike Boudreaux, individually and in his capacity as Sheriff-Coroner of the County of Tulare ("Defendants"), through their respective counsel of record, hereby stipulate and agree as follows:

Whereas, by order dated April 22, 2016 the Court ordered that the parties submit a stipulated briefing schedule on the anticipated motion for attorney's fees. The parties have stipulated to a briefing schedule to accommodate counsels' schedules, workloads, and that provides counsel the opportunity to engage in ongoing settlement discussions that may resolve the need for further litigation related to the fees petition.

Accordingly, the Parties to this action, through their respective attorneys of record, hereby STIPULATE and AGREE to the following briefing schedule in this action: (1) plaintiff's fee application is to be filed on or before September 1, 2016; (2) defendants' opposition to plaintiff's fee application to be filed on or before September 30, 2016; (3) plaintiff's reply in support of its fee application to be filed on or before October 14, 2016.

Dated: 7/7/16                                           KATHLEEN BALES-LANGE
                                                        Tulare County Counsel


                                                  By: /s/ Kevin Stimmel
                                                      Kevin Stimmel
                                                      Deputy County Counsel
                                                      Attorney for Defendants County of Tulare
                                                      and Mike Boudreaux




Dated: 7/7/16                                           ROSEN BIEN GALVAN & GRUNFELD LLP


                                                  By: /s/ Lisa Ells
                                                      Lisa Ells
                                                      Attorney for Plaintiff Prison Legal News

County Counsel
Tulare County
Visalia, California

2

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE

ORDER

In consideration of the Parties' Stipulation to set a briefing schedule on plaintiff's anticipated motion for attorneys' fees, it is hereby ORDERED that: (1) plaintiff's fee application is to be filed on or before **September 1, 2016**; (2) defendants' opposition to plaintiff's fee application to be filed on or before **September 30, 2016**; (3) plaintiff's reply in support of their fee application to be filed on or before **October 11, 2016**. The hearing on this motion is set for **October 18, 2016 at 1:30 PM** before Judge Mendez.

IT IS SO ORDERED.

Date: July 7, 2016                                    /s/ John A. Mendez
                                                     JOHN A. MENDEZ
                                                     United States District Judge

County Counsel
Tulare County
Visalia, California

3

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE