LISA ELLS – 243657
CHRISTOPHER D. HU – 293052
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

LANCE WEBER – Fla. Bar No. 104550*
SABARISH NEELAKANTA – Fla. Bar No. 26623*
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, Florida 33460
Telephone: (561) 360-2523
Facsimile: (866) 735-7136
Email: lweber@humanrightsdefensecenter.org
sneelakanta@humanrightsdefensecenter.org

* Admitted *Pro Hac Vice*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE; MIKE BOUDREAUX, individually and in his capacity as Sheriff–Coroner of the County of Tulare; DOES 1-20, in their individual and official capacities,<br><br>Defendants. | Case No. 1:15-cv-01650-JAM-SAB<br><br>**JUDGMENT**<br><br>Judge: Hon. John A. Mendez |

[3025988-2]

[PROPOSED] JUDGMENT

1   Having received Defendants' Offer of Judgment, Plaintiff's Notice of Acceptance
2  of Offer of Judgment, and Proof of Service of the same, IT IS ORDERED AND
3  ADJUDGED:
4   Pursuant to Federal Rule of Civil Procedure 68, judgment is granted in favor of
5  Plaintiff in the amount of $140,000.00 against Defendants for Plaintiff's attorneys' fees
6  and costs accrued as of August 4, 2016, the date of Defendants' Offer of Judgment.
7  Plaintiff's equitable and damages claims were previously resolved pursuant to the parties'
8  stipulation and consent decree, which this Court entered on July 5, 2016.

10   DATED:  8/8/2016

11                                           /s/ John A. Mendez
12                                           United States District Court Judge

[3025988-2]